## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Stephanie Ann Swetter-Jones aka**
**Stephanie A. Jones aka Stephanie Swetter aka**
**Stephanie A. Swetter aka Stephanie Ann Swetter**
**aka Stephanie A. Swetter-Jones aka Stephanie**
**Swetter-Jones aka Stephanie Jones aka Stephanie**
**Ann Jones**

**BK NO. 19-05304 RNO**

**Chapter 13**

**Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322