```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 19-05304-RNO
Stephanie Ann Swetter-Jones                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke       Page 1 of 1              Date Rcvd: Jan 15, 2020
                          Form ID: ntcnfhrg     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
```
db              Stephanie Ann Swetter-Jones,   7818 State Route 374,   Clifford Township, PA  18470-7350
5281566         Bankamerica,   4909 Savarese Cir,   Tampa, FL  33634-2413
5281567         Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE  19899-8803
5289486        +CREDIT FIRST NA,   PO BOX 818011,   CLEVELAND, OH  44181-8011
5281569         Ccb/boscovs,   PO Box 182120,   Columbus, OH  43218-2120
5281571         Credit First N A,   PO Box 81315,   Cleveland, OH  44181-0315
5281573         Geisinger CMC,   PO Box 983142,   Boston, MA  02298-3142
5281574         Geisinger Health System,   PO Box 27727,   Newark, NJ  07101-7727
5281565         Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA  18701-1708
5281576         PA Dept of Revenue,   Bureau of Compliance,   PO Box 280948,   Harrisburg, PA  17128-0948
5281577         Penn Radiology King of Prussia,   916 S 14th St,   Harrisburg, PA  17104-3425
5281578         Sears/Cbna,   PO Box 6217,   Sioux Falls, SD  57117-6217
5281564         Swetter-Jones Stephanie Ann,   7818 State Route 374,   Clifford Township, PA  18470-7350
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 21:01:30
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA  23541-1021
5288292         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 20:50:26
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5281568         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 20:50:28
                 Capital One Bank USA N,   PO Box 30281,   Salt Lake City, UT  84130-0281
5281570         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2020 20:44:24      Comenitybank/victoria,
                 PO Box 182789,   Columbus, OH  43218-2789
5281572         E-mail/Text: KSMITH@DURHAM-DURHAM.COM Jan 15 2020 20:45:37      Durham & Durham LLP,
                 5665 New Northside Dr Ste 340,   Atlanta, GA  30328-5834
5281575         E-mail/Text: cio.bncmail@irs.gov Jan 15 2020 20:44:09      Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA  19101-7346
5284372         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 15 2020 20:44:42
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5281579         E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:13      Syncb/jcp,   PO Box 965007,
                 Orlando, FL  32896-5007
5282166        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:10      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA  23541-1021
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Stephanie Ann Swetter-Jones MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Stephanie Ann Swetter–Jones, aka Stephanie Swetter, aka Stephanie A. Swetter, aka Stephanie A. Jones, aka Stephanie Ann Swetter, aka Stephanie Ann Jones, aka Stephanie A. Swetter–Jones, aka Stephanie Swetter–Jones, aka Stephanie Jones, | Chapter | 13 |
| | Case No. | 5:19–bk–05304–RNO |
| **Debtor 1** | | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: March 4, 2020 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 15, 2020 |

ntcnfhrg (03/18)