

SHG Therapy External LLC  
26691 Richmond Road  
Bedford Hts., OH 44146

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 03/08/2020 |
| Period End Date | 03/21/2020 |
| Pay Date | 03/27/2020 |
| Document | 41588 |
| Net Pay | $790.70 |

## Pay Details

| | | | |
|---|---|---|---|
| Stephanie Swetter-Jones | Employee Number 9996161 | Pay Group | 2Therapy External |
| 7818 Highway 374 | SSN XXX-XX-XXXX | Location | Dunmore Health Care |
| Clifford Township, PA 18470 | Job PT Assistant | Region | THEEX - Therapy External |
| USA | Pay Rate $36.0000 | Department | THERAP - Therapy |
| | Pay Frequency Biweekly | Facility | DUNMO - Dunmore Health Care |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Adjustment Hour | 0.0000 | $0.0000 | $0.00 | $90.00 |
| Regular | 27.2500 | $36.0000 | $981.00 | $3,015.00 |

Total Hours 27.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $72.74 | $200.94 |
| Employee Medicare | $14.22 | $45.02 |
| Social Security Employee Tax | $60.82 | $192.51 |
| PA State Income Tax | $30.12 | $95.32 |
| DUNMORE | $9.81 | $31.05 |
| DUNMORE BORO | $1.81 | $7.24 |
| DUNMORE SD | $0.19 | $0.76 |
| PA Unemployment Employee | $0.59 | $1.86 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx5151 | Checking | $790.70 |
| Total | | $790.70 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $981.00 | $981.00 | $190.30 | $0.00 | $790.70 |
| YTD | $3,105.00 | $3,105.00 | $574.70 | $0.00 | $2,530.30 |

FSQ, Inc  400 Centre St  Newton, MA 02458   +1 (617) 7968387
Stephanie Swetter-Jones  7818 SR 374  Clifford Township, PA 18470

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Stephanie Swetter-Jones | FSQ, Inc | 294540 | 03/15/2020 | 03/28/2020 | 04/03/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 21.75 | 761.25 | 22.84 | 155.15 | 0.00 | 583.26 |
| YTD | 55.00 | 1,925.00 | 57.77 | 374.09 | 0.00 | 1,493.14 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 03/15/2020-03/21/2020 | 10.75 | 35 | 376.25 | | |
| Regular | 03/22/2020-03/28/2020 | 11 | 35 | 385.00 | 55 | 1,925.00 |
| Earnings | | | | 761.25 | | 1,925.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 47.20 | 119.35 |
| Medicare | 11.04 | 27.91 |
| Federal Withholding | 63.47 | 139.32 |
| State Tax - PA | 23.37 | 59.10 |
| SUI-Employee Paid - PA | 0.46 | 1.16 |
| City Tax - SABIN | 7.61 | 19.25 |
| PA LST - SABIN | 2.00 | 8.00 |
| Employee Taxes | 155.15 | 374.09 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Contribution | 22.84 | 57.77 |
| Pre Tax Deductions | 22.84 | 57.77 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 761.25 | 1,925.00 |
| Medicare - Taxable Wages | 761.25 | 1,925.00 |
| Federal Withholding - Taxable Wages | 738.41 | 1,867.23 |
| State Tax Taxable Wages - PA | 761.25 | 1,925.00 |
| City Tax Taxable Wages - SABIN | 761.25 | 1,925.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| First National Bank | First National Bank ******5151 | ******5151 | | 583.26 | USD |