# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: STEPHANIE ANN SWETTER-JONES
STEPHANIE ANN JONES,
STEPHANIE JONES, STEPHANIE
A. SWETTER-JONES,
STEPHANIE A. JONES,
STEPHANIE SWETTER,
STEPHANIE ANN SWETTER,
STEPHANIE A. SWETTER,
STEPHANIE SWETTER-JONES
                  Debtor(s)

CHAPTER 13

CASE NO: 5-19-05304-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                  Movant

vs.

STEPHANIE ANN SWETTER-JONES
STEPHANIE ANN JONES,
STEPHANIE JONES, STEPHANIE
A. SWETTER-JONES,
STEPHANIE A. JONES,
STEPHANIE SWETTER,
STEPHANIE ANN SWETTER,
STEPHANIE A. SWETTER,
STEPHANIE SWETTER-JONES
                  Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 10, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307 (c),due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: STEPHANIE ANN SWETTER-JONES
STEPHANIE ANN JONES,
STEPHANIE JONES, STEPHANIE
A. SWETTER-JONES,　　　　　　　　　　　　　　　CHAPTER 13
STEPHANIE A. JONES,
STEPHANIE SWETTER,
STEPHANIE ANN SWETTER,
STEPHANIE A. SWETTER,
STEPHANIE SWETTER-JONES　　　　　　　　　　　CASE NO: 5-19-05304-MJC

　　　　　　　　　　　　Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
　　　　　　　　　　　　Movant
vs.
STEPHANIE ANN SWETTER- JONES
STEPHANIE ANN JONES,
STEPHANIE JONES, STEPHANIE
A. SWETTER-JONES,
STEPHANIE A. JONES,
STEPHANIE SWETTER,
STEPHANIE ANN SWETTER,
STEPHANIE A. SWETTER,
STEPHANIE SWETTER-JONES

　　　　　　　　　　　　Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

| | |
|---|---|
| U.S. Bankruptcy Court | Date: July 11, 2024 |
| Max Rosenn U.S. Courthouse | Time: 10:00 AM |
| 197 S. Main Street | |
| Wilkes Barre, PA  18701 | |

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1812.00**
   **AMOUNT DUE FOR THIS MONTH: $510.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $2322.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**

**CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   June 10, 2024                    Respectfully submitted,

                                          /s/ Agatha R. McHale, Esquire
                                          ID:  47613
                                          Attorney for Trustee
                                          Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA 17036
                                          Phone:  (717) 566-6097
                                          email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: STEPHANIE ANN SWETTER- JONES
STEPHANIE ANN JONES,
STEPHANIE JONES, STEPHANIE
A. SWETTER-JONES,
STEPHANIE A. JONES,
STEPHANIE SWETTER,
STEPHANIE ANN SWETTER,
STEPHANIE A. SWETTER,
STEPHANIE SWETTER-JONES
        Debtor(s)

CHAPTER 13

CASE NO: 5-19-05304-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

STEPHANIE ANN SWETTER- JONES
STEPHANIE ANN JONES,
STEPHANIE JONES, STEPHANIE
A. SWETTER-JONES,
STEPHANIE A. JONES,
STEPHANIE SWETTER,
STEPHANIE ANN SWETTER,
STEPHANIE A. SWETTER,
STEPHANIE SWETTER-JONES
        Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 10, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served Electronically.

Served Electronically
JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE PA  18701-1708

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

Served by First Class Mail
STEPHANIE ANN SWETTER-JONES
7818 STATE ROUTE 374
CLIFFORD TOWNSHIP  PA   18470-7350

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 10, 2024

/s/  Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEPHANIE ANN SWETTER-JONES
AKA: STEPHANIE ANN JONES,
STEPHANIE JONES, STEPHANIE A.
SWETTER-JONES, STEPHANIE A.
JONES, STEPHANIE SWETTER,
STEPHANIE ANN SWETTER,
STEPHANIE A. SWETTER,
STEPHANIE SWETTER-JONES

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-19-05304-MJC

vs.
STEPHANIE ANN SWETTER-JONES
AKA: STEPHANIE ANN JONES,
STEPHANIE JONES, STEPHANIE A.
SWETTER-JONES, STEPHANIE A.
JONES, STEPHANIE SWETTER,
STEPHANIE ANN SWETTER,
STEPHANIE A. SWETTER,
STEPHANIE SWETTER-JONES

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.